# UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

In re:                                    )   SECTION 347 (a) UNCLAIMED
                                                )   PROPERTY REPORT
    Various debtors--                     )
    See attached listing                  )
_____)

      Pursuant to Section 347(a) of the Bankruptcy Code and Rules of Bankruptcy Procedure 3010 and 3011, the undersigned Trustee hereby reports on the attached listing the names and addresses of the persons and amounts, which they are entitled to be paid from remaining property of the estate.

      Unclaimed funds in the amount of **$3,190.54** to the above-entitled Court.

Dated this 5th day of October, 2023.

*[signature]*

Michael G. Malaier,
Chapter 13 Trustee
WSBA #34729

Section 347(a)
Unclaimed Property Report

| Case Number | Debtor 1 | Debtor 2 | Reason | Check # | Amount |
|---|---|---|---|---|---|
| 2140599 | Stephanie Ellen Buck<br>Apt L3 2100 112th St<br>Tacoma WA 98444 | 00000 | Debtor Refund | 737891 | $15.87 |
| 1843162 | Michael J Cox<br>3006 Shrine Park Rd<br>Leavenworth KS 66048 | 00000 | Debtor Refund | 737892 | $15.87 |
| 1842105 | Caleb Daniel Lara<br>3606 21st St SE<br>Puyallup WA 98374 | Carissa Claire Lara<br>3606 21st St SE<br>Puyallup WA 98374 | Debtor Refund | 737893 | $27.48 |
| 2041136 | Laurie Louise Richards<br>100 NE Byerly Dr<br>Belfair WA 98528 | Naomi McClarrinon<br>100 NE Byerly Dr<br>Belfair WA 98528 | Debtor Refund | 737894 | $1.86 |
| 1943601 | Adia Sears<br>5114 East D Street<br>Tacoma WA 98404 | 00000 | Debtor Refund | 737895 | $15.87 |
| 1842559 | Amy Margaret Seely<br>PO Box 78<br>Hammond OR 97121 | Spot 9 332 Elizabeth Ave<br>Ilwaco WA 98624 | Debtor Refund | 737896 | $51.82 |
| 1741905 | Timothy Jay Slaght<br>PO Box 3058<br>Belfair WA 98528 | 130 NE Alderwod Pl<br>Belfair WA 98528 | Debtor Refund | 737897 | $573.41 |
| 2042296 | Pablo Antonio Solorio<br>61 W Palomino Pl<br>Shelton WA 98584 | Rebecca Earlene Antonio<br>61 W Palomino Pl<br>Shelton WA 98584 | Debtor Refund | 737898 | $153.10 |
| 1743380 | Katherine Iwalani Tumale<br>21721 52nd Ave E<br>Spanaway WA 98387 | 00000 | Debtor Refund | 737899 | $932.31 |
| 1743380 | Katherine Iwalani Tumale<br>21721 52nd Ave E<br>Spanaway WA 98387 | 00000 | Debtor Refund | 737900 | $948.18 |
| 1842336 | William E Jividan Jr<br>7415 Yakima Ave<br>Tacoma WA 98408 | 00000 | Debtor Refund | 737902 | $454.77 |
| | | | | Total: | $3,190.54 |