# UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON

In re: ) SECTION 347 (a) UNCLAIMED
) PROPERTY REPORT
Various debtors-- )
See attached listing )
_____ )

    Pursuant to Section 347(a) of the Bankruptcy Code and Rules of Bankruptcy Procedure 3010 and 3011, the undersigned Trustee hereby reports on the attached listing the names and addresses of the persons and amounts, which they are entitled to be paid from remaining property of the estate.

    Unclaimed funds in the amount of **$41,244.61** to the above-entitled Court.

Dated this 2nd day of November, 2023.

_/s/ Michael Malaier_
Michael G. Malaier,
Chapter 13 Trustee
WSBA #34729

Section 347(a)
Unclaimed Property Report

| Case Number | Debtor 1 | Debtor 2 | Reason | Check # | Amount |
|---|---|---|---|---|---|
| 2340016 | Marsha Elaine Sylvain<br>164 Raft Island Dr NW<br>Gig Harbor WA 98335 | 00000 | Debtor Refund | 738704 | $40215.44 |
| 2241401 | Danny Rae Pelley Jr<br>Apt 1D 2829 Queens Way<br>Milton WA 98354 | 00000 | Debtor Refund | 738705 | $35.98 |
| 2041556 | Alfred M Ardon<br>NE 41 Salty Dr<br>Belfair WA 98528 | Margaret E Ardon<br>NE 41 Salty Dr<br>Belfair WA 98528 | Debtor Refund | 738706 | $0.13 |
| 1944106 | Justin Christopher Bowers<br>18219 85th Ave Ct E<br>Puyallup WA 98375 | 00000 | Debtor Refund | 738707 | $0.53 |
| 1941209 | Joseph Franklin Bridges<br>6373 Birchwood<br>San Diego CA 92120 | 00000 | Debtor Refund | 738708 | $12.61 |
| 1940999 | Ronald Dee Cook<br>308 Pheasant Ln<br>Longview WA 98632 | 00000 | Debtor Refund | 738709 | $15.87 |
| 2140245 | Ricky Lee Maire<br>14521 144th St NW<br>Gig Harbor WA 98329 | Yvonne A Maire<br>14521 144th St NW<br>Gig Harbor WA 98329 | Debtor Refund | 738710 | $15.87 |
| 1841685 | Autumn Marie Nelson<br>Unit 105 6824 19th St W<br>University Place WA 98466 | 00000 | Debtor Refund | 738711 | $15.87 |
| 1743380 | Katherine Iwalani Tumale<br>21721 52nd Ave E<br>Spanaway WA 98387 | 00000 | Debtor Refund | 738712 | $932.31 |
| | | | | Total: | $41,244.61 |